Scott W. Rodgers, 013082
Kristin L. Windtberg, 024804
OSBORN MALEDON, P.A.
2929 North Central Ave., 21st Floor
Phoenix, Arizona 85012-2782
(602) 640-9000
srodgers@omlaw.com
kwindtberg@omlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Christine Hammond, | No. |
|---|---|
| Plaintiff, | (Pima County Superior Court Case No. C20170869) |
| vs. | **NOTICE OF REMOVAL** |
| Giles Becker and Jennifer Becker, husband and wife, | |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1441, 1146(a) and Local Rule of Civil Procedure 3.6, Defendants Giles Becker and Jennifer Becker (the "Beckers") hereby give notice of removal of the above-captioned action from the Superior Court of Arizona, Pima County, to this Court. In support of this Notice of Removal, the Beckers state as follows:

1. On or about February 23, 2017, Plaintiff Christine Hammond ("Hammond") filed her Complaint in an action entitled *Hammond v. Becker, et al.*, No. C20170869, in the Superior Court of Arizona, Pima County (the "State Court Action"). On March 27, 2017, the Beckers were served with the Summons, Complaint and Certificate of Compulsory Arbitration. Copies of the Summons, Complaint and Certificate of Compulsory Arbitration are attached as **Exhibits A**, **B** and **C**, respectively.

2. The Summons, Complaint and Certificate of Arbitration constitute all of the process, pleadings, and orders served upon the Beckers in the State Court Action. A

copy of the docket in the State Court Action is attached as **Exhibit D**.

3. The Beckers have not pled, answered, or otherwise appeared in the State Court Action.

4. The Beckers are filing this notice within 30 days after receipt of a pleading, motion, order, or other paper from which it may be ascertained that this case is one which is or has become removable, and within one year after commencement of the action. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

5. This Court has original jurisdiction over this action under 28 U.S.C. § 1331, and the action may be removed pursuant to 28 U.S.C. § 1441(a), because Plaintiff's Complaint alleges a violation of federal law. Specifically, the Complaint alleges violations of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. The Court has supplemental jurisdiction over the other claims in the Complaint under 28 U.S.C. § 1367.

6. Venue in the District of Arizona is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division encompassing the place where the State Court Action is pending.

7. A copy of this Notice has been filed with the State Court Clerk pursuant to Local Rule of Civil Procedure 3.6(a) and 28 U.S.C. § 1446(d).

WHEREFORE, the Beckers hereby remove this action from the Superior Court of Arizona, Pima County, to the United States District Court for the District of Arizona.

RESPECTFULLY SUBMITTED this 13th day of April, 2017.

OSBORN MALEDON, P.A.


By  s/ Scott W. Rodgers
Scott W. Rodgers
Kristin L. Windtberg
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2782

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

I hereby certify that on April 13, 2017, I served the attached document by mail on the following who may not be a participant of the CM/ECF system:

Trey Dayes
Sean C. Davis
Preston K. Flood
PHILLIPS DAYES
3101 N. Central Avenue, Suite 1500
Phoenix, AZ 85012

Attorneys for Plaintiff


s/ Jessica A. Lopez
7099642