UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** Christine Hammond

County of Residence: Pima

County Where Claim For Relief Arose: Pima

**Defendant(s):** Giles Becker ; Jennifer Becker

County of Residence: Pima

Plaintiff's Atty(s):

**Trey Dayes , Attorney**
**Phillips Dayes**
**3101 N. Central Avenue, Suite 1500**
**Phoenix, Arizona  85012**
**602-288-1610**

**Sean C. Davis , Attorney**
**Phillips Dayes**
**3101 N. Central Avenue, Suite 1500**
**Phoenix, Arizona  85012**
**602-288-1610**

**Preston K. Flood , Attorney**
**Phillips Dayes**
**3101 N. Central Avenue, Suite 1500**
**Phoenix, Arizona  85012**
**602-288-1610**

Defendant's Atty(s):

**Scott W. Rodgers , Attorney**
**Osborn Maledon, P.A.**
**2929 N. Central Avenue, Suite 2100**
**Phoenix, Arizona  85012**
**602-640-9000**

**Kristin L. Windtberg , Attorney**
**Osborn Maledon, P.A.**
**2929 N. Central Avenue, Suite 2100**
**Phoenix, Arizona  85012**
**602-640-9000**

---

**REMOVAL FROM PIMA COUNTY, CASE #C20170869**

---

II. Basis of Jurisdiction:     3. Federal Question (U.S. not a party)

III. Citizenship of Principal
Parties **(Diversity Cases Only)**
        Plaintiff:- **N/A**
        Defendant:- **N/A**

IV. Origin :         **2. Removed From State Court**

V. Nature of Suit:         **710 Fair Labor Standards Act**

VI. Cause of Action:         **Fair Labor Standards Act, 29 U.S.C. § 201, Arizona Wage Act, breach of contract, and declaratory judgment relief**

VII. Requested in Complaint
    Class Action: **No**
    Dollar Demand:
    Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature:** s/ Scott W. Rodgers

    **Date:** 4/13/17

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014